UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KURT ROBERSON,<br><br>Defendant. | Docket No. 03-CR-10141-GAO |

ORDER REDUCING THE DEFENDANT'S TERM OF
SUPERVISED RELEASE BY ONE YEAR

TALWANI, D.J.

In accordance with Title 18 U.S.C. § 3583(e)(1), the Court hereby ORDERS that, as of August 16, 2017, Kurt Roberson's term of supervised release is reduced by one year in light of his successful completion of the RESTART program.

/s/ Indira Talwani
INDIRA TALWANI
United States District Judge

DATED: August 17, 2017